IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EDDIE LEE CLARK, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. JFM-02-CV-2293 |
| STATE OF MARYLAND,<br>DEPARTMENT OF PUBLIC SAFETY<br>AND CORRECTIONAL SERVICES,<br>*et al.* | *<br><br>* | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time, it is this _19th_, day of _August_, 2002, by the United States District Court for the District of Maryland, hereby **ORDERED**:

(1) that Defendants' Motion for Extension of Time is **GRANTED**; and

(2) that the period of time within which Defendants are required to file a pleading or motion responsive to the Complaint is **EXTENDED** to and including October 7, 2002.

_____
J. FREDERICK MOTZ
United States District Judge