IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EDDIE LEE CLARK, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. JFM-02-CV-2293 |
| STATE OF MARYLAND, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, *et al.* | * * | |
| Defendants. | * | |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time, it is this _____ day of _____, 2002, by the United States District Court for the District of Maryland, hereby **ORDERED**:

(1) that Defendants' Motion for Extension of Time is **GRANTED**; and

(2) that the period of time within which Defendants are required to file a pleading or motion responsive to the Complaint is **EXTENDED** to and including October 15, 2002.

_____
J. FREDERICK MOTZ
United States District Judge