IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

EDDIE LEE CLARK                         *

       Plaintiff,                       *

     v.                                    *    Civil No. JFM-02-CV-2293

STATE OF MARYLAND,                     *
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONAL SERVICES,             *
et al.
                             *

       Defendants.
*       *       *       *       *       *       *

ORDER

Upon consideration of Plaintiff's Consented To Motion For Extension of Time To Respond To Defendants' First Motion To Dismiss, it is this _5th_ day of _November_, 2002, by the United States District Court for the District of Maryland, hereby ORDERED;

(1)    that Plaintiff's Motion for Extension of Time is GRANTED; and

(2)    that the period of time within which Plaintiff must file a response is extended to and includes November 15, 2002.

                                 _J. Frederick Motz /me_
                                 J. FREDERICK MOTZ
                                 United States District Judge