IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDDIE LEE CLARK,                    *

        Plaintiff,               *

v.                                  *       Civil No. JFM-02-CV-2293

STATE OF MARYLAND,                  *
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONAL SERVICES,          *
*et al.*
                                  *

        Defendants.
*   *   *   *   *   *   *

## ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time, it is this _____ day of _November_____, 2002, by the United States District Court for the District of Maryland, hereby **ORDERED**:

(1)    that Defendants' Motion for Extension of Time is **GRANTED**; and

(2)    that the period of time within which Defendants are required to file a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss is **EXTENDED** to and including December 9, 2002.

                                                                             _____
                                                                             J. FREDERICK MOTZ
                                                                             United States District Judge