IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EDDIE LEE CLARK | * | |
| | * | |
| v. | * | Civil No. JFM-02-2293 |
| | * | |
| STATE OF MARYLAND | * | |
| DEPARTMENT OF PUBLIC SAFETY | * | |
| AND CORRECTIONAL SERVICES, | * | |
| et al. | * | |

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 21st day of February 2003,

ORDERED that

1. Defendants motion to dismiss is granted;

2. Counts VI, VII, and VIII and the claims against RCI and the individual officers in their official capacity in Counts II, IV, and V are dismissed with prejudice;

3. Counts I and III and the claims against the individual officers in their individual capacities in Counts II, IV, and V are dismissed without prejudice; and

4. Plaintiff is granted leave to file an amended complaint.

J. Frederick Motz
United States District Judge

9

