IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDDIE LEE CLARK | * |
| | * |
| v. | *  Civil No. JFM-02-2293 |
| | * |
| STATE OF MARYLAND, | * |
| DEPARTMENT OF PUBLIC SAFETY | * |
| AND CORRECTIONAL SERVICES | * |
| | ***** |

ORDER

On February 21, 2003, this court entered an order granting defendants' motion to dismiss and giving plaintiff leave to file an amended complaint. Plaintiff has not filed an amended complaint. Accordingly, it is, this 25th day of March 2003

ORDERED that this action be dismissed.

/s/
J. Frederick Motz
United States District Judge